IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY LEE PICKARD, | No. C 12-01489 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| MARCUS HOLTON, COUNTY OF SONOMA | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on December 13, 2012.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY.  On or before September 13, 2013 all non-expert discovery shall be completed by the parties.  Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

2. DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not

1  more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The
2  joint letter must be electronically filed under the Civil Events category of "Motions and Related
3  Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter
4  is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge
5  may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After
6  a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that
7  Judge's procedures.

8      3.    EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and
9  opinions shall proceed as follows:

10      A.    On or before September 13, 2013, parties will make initial expert disclosures in
11  accordance with Federal Rule of Civil Procedure 26(a)(2).

12      B.    On or before September 27, 2013, parties will designate their supplemental and
13  rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

14      C.    On or before October 11, 2013, all discovery of expert witnesses pursuant to
15  Federal Rule of Civil Procedure 26(b)(4) shall be completed.

16      4.    FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case
17  Management Conference shall be held on **September 19, 2013 at 10:00 a.m.** in Courtroom 3,
18  17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The
19  parties shall file a Joint Case Management Statement at least one week prior to the Conference.

20      5.    PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to
21  Civil Local Rule 7.  All pretrial motions shall be heard on **November 7, 2013 at 1:30 p.m.**, in
22  Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
23  California.

24      6.    PRETRIAL CONFERENCE.  The final pretrial conference will be held on
25  **December 19, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450

CASE MANAGEMENT SCHEDULING ORDER

1  Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the
2  case shall attend personally.
3       7.       TRIAL DATE.   Trial shall commence on **January 6, 2014 at 9:00 a.m.**, in
4  Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
5  California.
6       IT IS SO ORDERED.

8  DATED:   12/20/12

10                                             RICHARD SEEBORG
                                               United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3