1  STEVEN C. MITCHELL, ESQ., SBN 124644
   GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
2  37 Old Courthouse Square, Fourth Floor
   Santa Rosa, California   95404
3  Telephone:  707/545-1660
   Facsimile:  707/545-1876
4
   Attorneys for Defendants
5  MARCUS HOLTON and COUNTY OF SONOMA

6

7

8                        UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10  GARY LEE PICKARD, JR.,                     CASE NO.:  CV 121489 JST

11        Plaintiff,

12        v.                                   **STIPULATION REQUESTING ORDER
                                               CONTINUING CASE MANAGEMENT
                                               CONFERENCE CURRENTLY SET FOR
13  MARCUS HOLTON, an individual, COUNTY       JULY 10; [PROPOSED] ORDER
    OF SONOMA, a municipal corporation, and    RESETTING CASE MANAGEMENT
14  Does 1-20,                                 CONFERENCE**

15        Defendants.

16

17

18        TO THIS HONORABLE COURT:

19        1.      A Case Management Conference is currently set for July 10, 2013.  The Case

20  Management Conference was necessitated by virtue of the fact that defendant Marcus Holton

21  unfortunately recently suffered a stroke, which presents issues in terms of when Deputy Holton will

22  be ready to re-commence actively participating in the litigation, including making himself available

23  for deposition.

24        2.      Deputy Holton is currently scheduled to meet with his neurologist on July 15, 2013,

25  at which time he will attempt to obtain a definitive medical opinion as to whether or not he is able

26  to currently medically meaningful participate in the litigation, including sitting for a deposition, and

27  if not, when it is anticipated that he will be able to do so.

28  ///

LAW OFFICES OF
**Geary,
Shea,
O'donnell,
Grattan &
mitchell
p.c.**

3.      Because defendant will not be in a position to address the issue of defendant's competency to meaningfully participate in the litigation until after the July 15 medical appointment, the parties, by and through their counsel, stipulate and request that the current Case Management Conference set for July 10 be continued for two to three weeks, or to another date that is convenient for the court, so that the Case Management Conference can be held after defendant Holton sees his neurologist on July 15, so that defendant can be in a better position to inform the court as to his status.

IT IS SO STIPULATED.

DATED:  July 8, 2013                                      GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.


By ___/s/ Steven C. Mitchell_____
        STEVEN C. MITCHELL
        Attorneys for Defendants
        MARCUS HOLTON and COUNTY OF SONOMA


DATED:  July 8, 2013                         By ___/s/ Che Hashim_____
                                                          CHE HASHIM
                                                          Attorneys for Plaintiff
                                                          GARY LEE PICKARD, JR.

**ORDER**

After review of the parties' Stipulation, and good cause appearing, the Case Management Conference currently set for July 10, 2013 is reset to __August 2, 2013__ (date), at _2:00 p.m._ (time) in Courtroom 9 of the United States District Court for the Northern District of California – San Francisco.

IT IS SO ORDERED.

Dated: July 9, 2013                          _____

IT IS SO ORDERED
Judge Jon S. Tigar

UNITED STATES                               JUDGE

Stipulation Requesting Order Continuing Case Management Conference Currently Set For July 10;
[Proposed] Order Resetting Case Management Conference

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL,
GRATTAN &
MITCHELL
P.C.